129 A.3d 326

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. KASSEY
BENJAMIN, DEFENDANT–RESPONDENT.

January 15, 2016.

It is ORDERED that the petition for certification is granted limited to the issue of whether a defendant seeking a waiver of a

mandatory sentence under the Graves Act has the right to discovery of the prosecutor's files on previous applications for Graves Act waivers.